**FILED**
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Dec 16, 2024

OFFICE OF THE CLERK

( WESTERN DISTRICT )

## FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

### IN THE UNITED STATES DISTRICT COURT
### FOR THE ~~EASTERN~~ DISTRICT OF ARKANSAS
### _____HARRISON_____ DIVISION

CASE NO. ___3:24-cv-03053___

Jury Trial: ■ Yes ☐ No
(Check One)

I.     Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.     Name of plaintiff: _Tyler Sutterfield_
ADC # _____

Address: _904 Hwy 62 W. Mountain Home AR 72653_

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.     Name of defendant: _Sheriff John Montgomery_

Position: _duly elected Sheriff_

Place of employment: _Office of the Sheriff._

Address: _904. Hwy 62 W._

Name of defendant: _Dr. Jeff Tate_

Position: _Inhouse medical provider_

4

Place of employment: Baxter Co. Detention Center

Address: 800 Elm St. Mountain Home Ar. 72653

Name of defendant: Lt. Tabitha Maze

Position: Jail Administrator

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.    Are you suing the defendants in:

☐    official capacity only
■    personal capacity only
☐    both official and personal capacity

III.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___    No ✗

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐    Parties to the previous lawsuit: NONE

Plaintiffs: _____

_____

Defendants: _____

_____

5

    ☐    Court (if federal court, name the district; if state court, name the county):

                _____

    ☐    Docket Number: _____

    ☐    Name of judge to whom case was assigned: _____

    ☐    Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    ☐    Approximate date of filing lawsuit: _____

    ☐    Approximate date of disposition: _____

**IV.**    Place of present confinement: *Baxter County Detention Center*

_____

**V.**    At the time of the alleged incident(s), were you:
(check appropriate blank)

    __X__ in jail and still awaiting trial on pending criminal charges

    _____ serving a sentence as a result of a judgment of conviction

    _____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

                _____

**VI.**    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    **A.**    Did you file a grievance or grievances presenting the facts set forth in this complaint?

           Yes _X__    No ____

    **B.**    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes X   No ____

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

NO1 On 11/14/2024 I awoke after a long Night of having a MIGR , I immediately Noticed NUMBNESS in My face (Left side). and my (Left eye) was closed shut, and I could Not open it, So I manually opened my eye lid and my eye would Not respond or move Left or Right only up position fearing I had a Stroke I contacted staff, and staff Refered my to the NURSE on duty (Lisa cox) The NURSE made Referal to be seen by a Specialist some 9 days Later, My ordered prescription was __ days tardy, and I feared my condition would worsen due to the delays in the medical input system and output system why doctor J. Tate displayed deliberate indifference to this very SERIOUS condit on Requiring hospitalization, Def. J. Montgomery had denied clo to a financial interest and 2nd deliberate indifference to this pretrial detainee, I claimed to been Subjected to an inadequate medical care system and Not until I kept complaining did medical refer me for another

7

ER visit on Nov. 22, 2024. and again on Dec 2, 2024, with no change in my condition, which was diagnosed as (third Nerve Pulsery) a Nerve damage, while defendants left me to lay of a steel bunk with no mattress implicating the third deliberate indifference by defendants. I believe I'm entitled to damages due to the deprivation of adequate medical care from Nov. 14, 2024 to current date. My condition continues to worsen with no hospitalication

## SECOND CLAIM NO 2

From Oct 18, 2024 I was inducted to the Baxter County Detention center and placed on the concrete floor for ___ days, thereafter I managed to go to a steel bunk with no mattress or pillow, causing me great pain in my neck, back, Rotor cups, Lower lumbars, knees, I claim a fourth deliberate indifference; coupled with the three as in claim no 1, as incorporated as if fully reinstated herein claim No. 2, as a partial detainee I claim a denial & due process in violation of the 9th & 14th amendments to the U.S. Constitution, and subjected to amore pains and form of impermissable form of punishments by defendants No 1 John Montgomery def. No. 2 Jeff Tate, and def. no. 3, Tab, the Moze policys practice, habit, or custom of pain and punishments, applied by the no mattress policy, and applied to plaintiff.

VIII.  Relief

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments.  Cite no cases or statutes.

1. <u>Plaintiff seeks compensatory damages of $ 25,000</u>

2. <u>Plaintiff seeks punitive damages be found by Jury Trial</u>

3. <u>Plaintiff seeks a Delaratory Judgment in his favor.</u>

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _6_ day of _December_, 20 _24_.

_Tyler Sutterfield_

Signature(s) of plaintiff(s)

8



