IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**TYLER SUTTERFIELD**                                                                                              **PLAINTIFF**

V.                                            **CASE NO. 3:24-CV-3053**

**SHERIFF JOHN MONTGOMERY,**
Baxter County, Arkansas;
**DR. JEFF TATE,** Medical Provider
for the Baxter County Detention Center (BCDC);
and **LIEUTENANT TABITHA MAZE,**
Jail Administrator, BCDC                                                                                  **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 6) filed in this case on January 7, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R by the deadline.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and this case is **DISMISSED WITHOUT PREJUDICE** based on Plaintiff's failure to prosecute this case, his failure to obey the orders of the Court, and his failure to comply with Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 26th day of February, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE